**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| x INITIAL APPEARANCE | DATE: 6/8/06 |
| ❒ BOND HEARING | |
| ❒ DETENTION HEARING | DIGITAL Recording : 2:45 - 2:53 |
| ❒ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❒ REMOVAL HEARING (R.40) | |
| ❒ ARRAIGNMENT | |

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON    **DEPUTY CLERK:** Wanda Robinson
**CASE NO.** 2:06mj56-VPM    **DEFENDANT NAME:** Willie Donson
**AUSA:** Verne Speirs    **DEFT. ATTY:** Patricia Kemp -This Proceeding Only

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

**PTSO:** Tamara Martin    **USPO:** _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present  (√) NO; ( ) YES    Name:

___

| | |
|---|---|
| √ | Date of Arrest or ❒ Arrest Rule 5:  6/8/06 |
| ❒ | Deft First Appearance. Advised of rights/charges.   Prob/Sup Rel Violator |
| ❒ | Deft First Appearance with Counsel |
| ❒ | Deft. First Appearance without Counsel |
| ❒ | Requests appointed Counsel |
| ❒ | Financial Affidavit executed  √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel.  Has retained |
| ❒ | ❒ Government's ORAL  Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❒ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❒ | Release order entered.  Deft advised of conditions of release |
| ❒ | BOND EXECUTED (M/D AL charges) $. |
| ❒ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of ❒ preliminary hearing; √ Waiver Rule 5 ID hearing |
| ❒ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒ Set for |
| ❒ | DISCOVERY DISCLOSURE DATE: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❒ | WAIVER of Speedy Trial.  CRIMINAL TERM: |