AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA<br>V.<br><br>WILLIE DONSON | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 4:04cr00117-03 GH | 2:06mj56-VPM | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  X Other (specify) Supervised Release Violation Petition

charging a violation of                U.S.C. §

**DISTRICT OF OFFENSE**
Eastern District of Arkansas

ATTEST: A True Copy.
Certified to 6/12, 20 06
Clerk, U.S. District Court,
Middle District of Alabama
BY: /s/ Deputy Clerk

**DESCRIPTION OF CHARGES:**

Violation of Supervised Release

**CURRENT BOND STATUS:**
☐ Bail fixed at         and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)   Remanded to Custody of US MARSHAL for return to EASTERN DISTRICT OF ARKANSAS

| Representation: | ☐ Retained Own Counsel | x Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required?   X No    ☐ Yes    Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

RETURNED AND FILED

12 June 2006                    /s/ Vanzetta Penn McPherson
Date                              Judge

**RETURN**    AUG 15 2006

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 8/4/06 | FCI Texarkana, TX | 08-04-2006 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 8/4/06 | Paul A. Kastner, Warden | Amy L. Walker, UE |